JANUARY 28, 1992

No. 91–917. ALABAMA GREAT SOUTHERN RAILROAD CO. *v.* JACKSON. Sup. Ct. Ala. Certiorari dismissed under this Court's Rule 46.

JANUARY 31, 1992

No. A–551. BAKER, SECRETARY OF STATE, ET AL. *v.* HAITIAN REFUGEE CENTER, INC., ET AL. Application of the Solicitor General for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, granted. It is ordered that the order of the United States District Court for the Southern District of Florida, case No. 91–2635–CIV–Atkins, filed December 20, 1991, is stayed pending disposition of the appeal by the United States Court of Appeals for the Eleventh Circuit. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE THOMAS would deny the application.

FEBRUARY 7, 1992

No. 91–1050. DIVERSITECH GENERAL, INC. *v.* SIMPSON. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

FEBRUARY 10, 1992

No. 91–7233 (A–570). GARRETT *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

No. 91–7248 (A–578). GARRETT *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.